State vs. Dartez.

---

No. 12,708.

STATE OF LOUISIANA VS. FELICIEN DARTEZ.

A bill of indictment having been returned against the accused, two days later he was arraigned thereunder, and, without any reservation, pleaded not guilty and elected to be tried by jury. Subsequently, on day fixed for trial, he files a motion to quash on the ground of error and irregularity in the organization of the Grand Jury.

Held: The motion to quash can not be entertained after a plea to the indictment has been entered.

APPEAL from the Seventeenth Judicial District Court for the Parish of Vermilion. *De Baillon, J.*

*M. J. Cunningham,* Attorney General, and *M. T. Gordy,* Jr., District Attorney (*P. A. Simmons, Jr.,* of Counsel), for Plaintiff, Appellee.

———

*A. & Charles Fontelieu, Edwards & Green* and *C. H. Mouton* for Defendant, Appellant.

———

Submitted on briefs January 29, 1898.
Opinion handed down February 7, 1898.
Rehearing refused March 7, 1898.

———

The opinion of the court was delivered by

BLANCHARD, J. The accused was indicted for petit larceny, convicted and sentenced to two years at hard labor.

He appeals, and urges as error the refusal of the trial judge to quash the indictment on motion to that effect made.

The case is identical with that of State vs. Desire Hebert, Jr., and Laodice Landry, appealed at the same time from the same parish, being No. 12,710 on the docket of this court, and decided at the same sitting of this court. See 50 An. —.

The facts of the two cases are exactly similar, and the law governing them the same.

For the reasons assigned in the Hebert and Landry case, the judgment appealed from herein is affirmed.